

WWW.RIVKINRADLER.COM

STEVEN T. HENESY
PARTNER
(516) 357-3308
steven.henesy@rivkin.com

March 12, 2024

**By ECF**
Honorable Pamela K. Chen
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Government Employees Insurance Co., et al. v. Gerling, et al.*
     Docket No. 1:23-cv-07693-PKC-MMH

Dear Judge Chen:

This firm represents Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs" or "GEICO") in connection with the above-referenced matter. We write to advise the Court that Plaintiffs have reached a settlement with Defendants Igor Dovman, Campiro, Inc., and Vladimir Granovskiy a/k/a Walter Gran (the "Dovman Defendants"). We expect to file a notice of dismissal of Plaintiffs' claims against the Dovman Defendants within the next week.

We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            RIVKIN RADLER LLP

            /s/ *Steven T. Henesy*
            Steven T. Henesy

Cc: Magistrate Judge Marcia M. Henry (*via* ECF)
    All counsel of record (*via* ECF)

4883-5836-8425, v. 2