UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br>Plaintiffs, <br>  –against– <br><br>MICHAEL GERLING, M.D., NY ORTHOPEDICS, P.C., GERLING INSTITUTE NJ, P.C., SPINE HEALTH ORTHOPEDIC, P.C., SPINE CONSULT NJ, P.C., JOSEPH PYUN, M.D., IGOR DOVMAN, VLADIMIR GRANOVSKIY a/k/a WALTER GRAN, and CAMPIRO, INC., <br><br>Defendants. | Case No.: 1:23-cv-07693 -PKC-MMH |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants Michael Gerling, M.D., NY Orthopedics, P.C., Gerling Institute NJ, P.C., Spine Health Orthopedic, P.C., Spine Consult NJ, P.C., and Joseph Pyun, M.D., that all claims asserted by Plaintiffs against Michael Gerling, M.D., NY Orthopedics, P.C., Gerling Institute NJ, P.C., Spine Health Orthopedic, P.C., Spine Consult NJ, P.C., and Joseph Pyun, M.D. in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

| | |
|---|---|
| RIVKIN RADLER LLP | BRACH EICHLER, LLC |
| By:  /s/ *Steven T. Henesy* | By:  /s/ *Keith Roberts* |
|     Steven T. Henesy, Esq. |     Keith Roberts, Esq. |
| 926 RXR Plaza | 101 Eisenhower Pkwy |
| Uniondale, New York 07601 | Roseland, NJ 07068 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

4888-6863-3782, v. 1